IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )         2:17cr3-MHT
                            )            (WO)
MICHAEL MORRIS              )
```

ORDER

Based on the representations made on the record during the telephone conference on March 2, 2021, the court is concerned that defendant Michael Morris is not obtaining and taking his prescribed medications because of the side effects of the medications.  The court is particularly concerned because of the large number of medications that defendant Morris is currently prescribed.  Accordingly, it is ORDERED that:

(1) Defense counsel is to arrange for an evaluation of defendant Morris at Montgomery Area Mental Health (MAMH), in order to assess his current medication regimen and to determine whether the medications he is prescribed should be reduced or otherwise adjusted based on any side effects he may be experiencing.

Defense counsel should file the report of this evaluation by 5:00 p.m. on March 17, 2021.

(2) A conference call to discuss this report is set for 8:30 a.m. on March 24, 2021.  The courtroom deputy is to make the necessary arrangements.

DONE, this the 3rd day of March, 2021.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE