IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr03-MHT |
| | ) | (WO) |
| **MICHAEL LEE MORRIS** | ) | |

### ORDER

Upon consideration of defendant Michael Lee Morris's petition for early termination of supervised release, which the government and the United States Probation Officer do not oppose, and of the recommendation of the Probation Officer that defendant Morris's remaining term of supervised release be terminated due to his successful adjustment under supervision, it is ORDERED that the petition for early termination of supervised release (Doc. 106) is granted; that defendant Michael Lee Morris's term of supervised release is terminated; and that defendant Morris is discharged.

DONE, this the 30th day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**